**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

James Stinson, et al.

               Plaintiff,

v.

                                    Case No.: 1:24–cv–07893
                                    Honorable Mary M. Rowland

Alina Nastas, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Parties report on the status of the case. Parties reached a settlement agreement that requires the corporate entity, Glide Logistics, Inc. to fund the settlement out of bankruptcy. Plaintiff previously dismissed Glide. Plaintiff filed an amended complaint on 4/7/26, adding defendant Glide Logistics, Inc. back onto the case. As Glide is now a party the Court must stay the case. Status hearing set for 6/9/26 at 9:30am. Plaintiff is to have clarity as to Glides ability to fund the settlement. Otherwise, the Court is going to allow discovery into the individual defendants' assets to fund a finding of liability. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.