**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

James Stinson, et al.
                        Plaintiff,

v.                                                      Case No.: 1:24–cv–07893
                                                        Honorable Mary M. Rowland

Alina Nastas, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Plaintiff reports on the status of the case. Case remains stayed. Parties are to file a status report updating the court on the status of the bankruptcy proceedings or payment or file a stipulation to dismiss by 8/4/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.